UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Gary S. Dean

      v.                     Civil No. 08-cv-123-JL

Northern NH Correctional Facility, Warden

O R D E R

    I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 2, 2008, recommending that the Petition for Writ of Habeas Corpus be dismissed as time-barred.  The Motion to Stay and Abey Proceedings is herewith denied as moot.

    SO ORDERED.

August 14, 2008                          _____
                                          Joseph N. Laplante
                                          United States District Judge

cc:    Gary S. Dean, Pro se